### NOBLE DAVIDSON V. THE STATE.

No. 21956. Delivered February 18, 1942.

The opinion states the case.

*Polk Shelton,* of Austin, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The transcript in this case contains no caption showing when the term of court began or when it ended. We find among the papers of the case some loose sheets typewritten which are not certified to, which probaly intended to show this fact, but they are not proper for our consideration.

The appeal is dismissed.